UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarence Johnson et al,

      Plaintiff,

v.

Minnesota Revenue,

      Defendant.

Case No. 17-cv-921 (SRN/FLN)

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 17, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 6, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge